UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHERINE STEEN,

    Plaintiff,

Case No. 16-cv-13253
Hon. Matthew F. Leitman

v.

KATHERINE PULLEN, et al.,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the Order (1) Granting Plaintiff's Application to Proceed Without Prepayment of Fees or Costs (ECF #2) and (2) Dismissing Plaintiff's Complaint (ECF #1) Without Prejudice, dated October 3, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

                                                    DAVID J. WEAVER
                                                    CLERK OF COURT

                                        By:    s/Holly A. Monda
                                                        Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  October 3, 2016
Detroit, Michigan